OPINION — AG — ** APPROPRIATIONS DURING ONE YEAR TO PAY IN ANOTHER YEAR ** THE OKLAHOMA LEGISLATURE HAS BEEN WITHOUT AUTHORITY TO MAKE AN APPROPRIATION DURING ONE FISCAL YEAR TO PAY AN OBLIGATION INCURRED AFTER SAID DATE " OF ANY OTHER FISCAL YEAR EXCEPT SUCH AS ARE DESIGNATED ' NON FISCAL ' YEAR OBLIGATIONS " (EXCEPTIONS, FUNDS TO ONE YEAR TO ANOTHER YEAR) CITE: ARTICLE X, SECTION 1, ARTICLE X, SECTION 23 (FRED HANSEN)